# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGG BRADSHER, <br>     Plaintiff, <br><br> v. <br><br> SEGWAY, INC. and AMAZON.COM SERVICES LLC, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 25-cv-2782 |

## ORDER

AND NOW, this 17th day of July, 2025, upon consideration of Defendant Segway, Inc.'s Motion to Compel Arbitration and Stay All Deadlines and Proceedings, it is hereby **ORDERED** that said Motion is **DISMISSED WITHOUT PREJUDICE.** Defendant Segway, Inc. can file a renewed motion to compel arbitration following discovery.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**